640 A.2d 291

IN THE MATTER OF WILLIAM L. O'REILLY,
AN ATTORNEY AT LAW.

May 2, 1994.

**ORDER**

This matter having been duly presented to the Court on the motion of **WILLIAM L. O'REILLY,** for the termination of the proctorship ordered by this Court on October 5, 1992, 130 N.J. 92, 612 A.2d 1336 and the Office of Attorney Ethics having interposed no objection to said application, and good cause appearing;

It is ORDERED that the motion to terminate the proctorship imposed by this Court's Order of October 15, 1992, is granted, effective immediately.